[No. 48438-9-I.   Division One.   May 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS JAMES CRAMM, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-01051-1, Linda C. Krese, J., entered April 30, 2001. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Ellington, JJ.

[No. 48732-9-I.   Division One.   May 12, 2003.]

THE STATE OF WASHINGTON, *Appellant*, v. TIMOTHY DEAN WARREN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-09583-6, Michael Hayden, J., entered May 17, 2001. *Reversed* by unpublished per curiam opinion.

[No. 49036-2-I.   Division One.   May 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS ERWIN TAUBE, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 01-1-00074-9, Vickie I. Churchill, J., entered August 3, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49417-1-I.   Division One.   May 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. VERLEE CLIFTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-03335-9, Douglas D. McBroom, J., entered August 30, 2001. *Dismissed* by unpublished per curiam opinion.